ANDREW K. JACOBSON (CSBN 148583)
BAY OAK LAW
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 208-5500
Facsimile: (510) 208-5511

Counsel for Plaintiff
Packaging Aids Corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACKAGING AIDS CORPORATION, A CALIFORNIA CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>LISTON BEVARD, INDIVIDUALLY AND DOING BUSINESS AS IMPULSE DYNAMICS, IMPULSE DYNAMICS, A NEVADA CORPORATION,<br><br>DEFENDANTS. | Case No. C08-04161 PJH<br><br>STIPULATED PERMANENT INJUNCTION |

WHEREAS, Plaintiff Packaging Aids Corporation filed the instant action against Liston Bevard, individually and doing business as Impulse Dynamics, and Impulse Dynamics, a Nevada Corporation, on September 3, 2008; and

WHEREAS, defendants were served with the complaint on January 25, 2009; and

WHEREAS, defendants have had an opportunity to seek counsel, and have chosen

not to do so; and

WHEREAS, the parties have reached an agreement to resolve the outstanding issues between them;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff owns the "Vertrod" trademark and the stylized "V" mark.

2. Defendants will remove from the www.impulsedynamics.com website any and all usages of the "Vertrod" trademark and the stylized "V" mark, including use as metatags. Defendants may use the term "Vertrod" in a non-trademark capacity, such as "compatible with Vertrod brand machines."

3. Defendants will alter the www.impulsedynamics.com website to remove all claims that could be construed as suggesting it is connected with Vertrod in any way, including specifically, any claim of being the "source authority."

4. The www.impulsedynamics.com website, as well as any other website or advertising in the possession, custody, or control of Defendants, their agents, or anyone acting in concert with Defendants, will have a prominent disclaimer on any page that mentions Vertrod, in any way, that the website or other item is "not connected in any way to Vertrod, which is the trademark of Packaging Aids Corporation." The disclaimer will be in a font and typesize at least as large as the most common font and typesize used on the page, and placed in a box designed to be seen by an average website visitor without having to scroll from the top of the page.

5. Defendants will relinquish control to Plaintiff of any and all websites in their possession, custody or control incorporating the term "vertrod" in its name, including but not limited to www.vertrod.net and www.vertrod.org. Defendants, their agents or successors, or those acting in concert with Defendants, will not maintain any website with the term "vertrod" in its name.

IT IS SO STIPULATED.

Dated: March 22, 2009.

PACKAGING AIDS CORPORATION

By: _____
SERGE BERGUIG
President, Packaging Aids Corporation

Dated: March 16, 2009.

LISTON BEVARD

By: _____
LISTON BEVARD
Individually and doing business as
Impulse Dynamics

Dated: March 16, 2009.

IMPULSE DYNAMICS, A NEVADA CORP.

By: _____
LISTON BEVARD
President, Impulse Dynamics, a Nevada Corp.

## ORDER

FOR GOOD CAUSING APPEARING, IT IS SO ORDERED.

Dated: _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIPULATED PERMANENT INJUNCTION

| | | |
|---|---|---|
| 2 | Dated: March ___, 2009. | **PACKAGING AIDS CORPORATION** |
| 4 | | By: _____ |
| 5 | | SERGE BERGUIG<br>President, Packaging Aids Corporation |
| 6 | Dated: March 16, 2009. | **LISTON BEVARD** |
| 8 | | By: _____ |
| 9 | | LISTON BEVARD<br>Individually and doing business as<br>Impulse Dynamics |
| 11 | Dated: March 16, 2009. | **IMPULSE DYNAMICS, A NEVADA CORP.** |
| 13 | | By: _____ |
| 14 | | LISTON BEVARD<br>President, Impulse Dynamics, a Nevada Corp. |

## ORDER

**FOR GOOD CAUSING APPEARING, IT IS SO ORDERED.**

Dated: 4/16/09

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton